(Court of Appeal, Parish of Orleans).

## HENRIETTA LLOYD vs. NEW ORLEANS RAILWAY & LIGHT CO.

Appeal from the Civil District Court, Division "B."

Parkerson and Bruenn, for plaintiff and appellee.

E. M. Cahn attorney for defendant.

Dart & Kernan, for defendant and appellant.

DUFOUR, J.—In accordance with a motion on file by the defendant and appellant, acquiesced in by plaintiff and appellee.

It is ordered that the appeal herein taken be discontinued.

November 21, 1910.

————o————

5088.

(Court of Appeal, Parish of Orleans).